IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:99-CR-00036-FDW-2 |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| KELLYE FOWLER JOHNSON MAHMOOD | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina and for good cause shown, the Supervised Release Violation Petition filed in this matter on October 6, 2000, is hereby **DISMISSED**.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office, the U.S. Marshal's Service and the U.S. Probation Office.

_____
Frank D. Whitney
United States District Judge